NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JASON MICHAEL ORRIS,               )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No.  2D19-1513
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____)

Opinion filed September 2, 2020.

Appeal from the Circuit Court for
Hillsborough County; Christopher Nash,
Judge.

William F. Sansone of Sansone Law, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.